**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BRUCE HARDNETT,

    Plaintiff,

v.                                              Case No: 8:21-cv-526-CEH-JSS

CITIBANK N.A.,

    Defendant.
_____/

## ORDER

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on July 14, 2022, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 23). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED**:

1. This action is dismissed, with prejudice.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on September 14, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any